Robert J. Wierenga (SBN183687)
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
101 North Main St., 7th Floor
Ann Arbor, MI 48104
Telephone: (734) 663-2445
Facsimile: (734) 663-8624
Email: wierenga@millercanfield.com

Attorneys for Defendant
National Collegiate Athletic Association

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOSEPH AGNEW, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br>        Defendant. | Case No. 10-cv-4804-JCS<br><br>**STIPULATION EXTENDING TIME TO FILE AND SERVE RESPONSIVE PLEADINGS**<br><br>Date:        n/a<br>Time:       n/a<br>Dept:       Courtroom A, 15th Floor<br>Judge:      Hon. Joseph C. Spero<br>Complaint filed: October 25, 2010 |

Pursuant to Civil L.R. 6-1(a), the parties, through their undersigned counsel who are authorized to enter into this stipulation on their behalf, hereby stipulate and agree that the time within which Defendant National Collegiate Athletic Association must answer or otherwise respond to the complaint filed in the above-entitled matter shall be extended to and include December 22, 2010. The parties further agree that if Defendant responds to the complaint by filing a motion pursuant to Fed.R.Civ.P. 12, it shall specify the earliest noticed hearing date for that motion such that plaintiff's opposition to the motion shall not be due prior to January 21, 2011.

Robert J. Wierenga, the filer of this stipulation, pursuant to General Order No. 45, *Electronic Case Filing*, section 10(b), hereby attests that Stuart M. Paynter concurs in the filing of this stipulation.

Dated: November 15, 2010

By: */s/ Robert J. Wierenga*
Robert J. Wierenga (SBN183687)
Miller, Canfield, Paddock & Stone PLC
Attorneys for Defendant NCAA

Dated: November 15, 2010

By: */s/ Stuart M. Paynter*
Stuart M. Paynter (SBN 226147)
The Paynter Law Firm PLLC
Attorneys for Plaintiff Joseph Agnew

**STIPULATION EXTENDING TIME TO FILE AND SERVE RESPONSIVE PLEADINGS**
Case No. 10-cv-4804-JCS
1

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification to the e-mail addresses registered.

By:   */s/ Robert J. Wierenga*
      Robert J. Wierenga (SBN183687)
      MILLER, CANFIELD PADDOCK AND STONE
      Attorneys for Defendant NCAA

18,560,765.1\063863-00052
DRAFT 11/15/10 10:41 AM

Dated: Nov. 16, 2010



IT IS SO ORDERED
Judge Joseph C. Spero