IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSEPH AGNEW,

    Plaintiff,

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,

    Defendant.

No. C 10-04804 JSW

**ORDER SETTING HEARING AND BRIEFING SCHEDULE ON PENDING MOTIONS**

    This matter is set for a hearing on February 11, 2011 on Defendant National Collegiate Athletic Association ("Defendant")'s motion to dismiss. Defendant's motion to transfer venue is CONTINUED from February 4, 2011 to February 11, 2011. The Court HEREBY ORDERS that oppositions to both motions shall be filed by no later than January 7, 2011 and reply briefs for both motions shall be filed by no later than January 18, 2011.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: December 22, 2010

                                        JEFFREY S. WHITE
                                        UNITED STATES DISTRICT JUDGE